# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1171**                                       **September Term, 2012**

**DHS-10-TSA-0077**

**Filed On:** June 14, 2013

Suburban Air Freight, Inc.,

      Petitioner

      v.

Transportation Security Administration,

      Respondent


**BEFORE:**    Henderson, Rogers, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed June 7, 2013, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the sealed opinion filed June 7, 2013, be unsealed. The Clerk is directed to unseal the opinion and release it publicly.


**Per Curiam**


                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

             BY:    /s/
                     Jennifer M. Clark
                     Deputy Clerk